| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **A & K Energy Conservation, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-1581085** |
| 4. | **Debtor's address** | **Principal place of business**  **15552 Hwy. 301**  **Dade City, FL 33523**  Number, Street, City, State & ZIP Code  **Pasco**  County | **Mailing address, if different from principal place of business**  **P.O. Box 1135**  **Dade City, FL 33526**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **A & K Energy Conservation, Inc.** Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **A & K Energy Conservation, Inc.**          Case number (*if known*) _____
    Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **A & K Energy Conservation, Inc.**   Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/17/2017
              MM / DD / YYYY

X _/s/ W. Maloney_____          **William Maloney**
  Signature of authorized representative of debtor   Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X _/s/ Amy Denton Harris_____   Date   4/19/2017
  Signature of attorney for debtor                 MM / DD / YYYY

**Amy Denton Harris**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St., Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **813-229-0144**   Email address _____

**634506 - Florida**
Bar number and State

AKENERGY

Advance Auto Parts
P.O. Box 742063
Atlanta, GA 30374

Amerigas
P.O. Box 660228
Dallas, TX 75266-0288

Amerisure Insurance
P.O. Box 2060
Farmington, MI 48333-2060

Anthem Propane Exchange, LLC
P.O. Box 1078
Highland Park, IL 60035

Anthony International
2388 Collections Center Dr.
Chicago, IL 60693-0023

Scott Arndt
P.O. Box 1135
Dade City, FL 33526

Aultman Hospital
Aultworks Occupational Medicine
4650 Hills and Dales Rd., N.W.
Canton, OH 44708

Beneficial Equipment Finance Corp.
165 Pottstown Pike
Chester Springs, PA 19425

Boltin Pest Control
15534 U.S. 301
Dade City, FL 33523

Branch Banking and Trust Company
200 W. Second St., 17th Floor
Winston Salem, NC 27101

Buist Electric, Inc.
8650 Byron Center Ave., S.W.
Byron Center, MI 49315

Callahan Door Sales, Inc.
7855 Freedom Ave. NW
North Canton, OH 44720

AKENERGY

Certify
20 York St., #201
Portland, ME 04101

CIT Finance, LLC
10201 Centurion Parkway N., #100
Jacksonville, FL 32256

City Electric
Central Florida Division
P.O. Box 609521
Orlando, FL 32860-9521

City Lighting Products
204 Douglas Rd.
Sewickley, PA 15143

Concentra
Occup Health Centers of GA
P.O. Box 82730
Atlanta, GA 30354-0730

Conestoga Equipment Finance Corp.
1033 S. Hanover St.
Pottstown, PA 19465

Consolidated Electrical Distributors Inc
CED National
P.O. Box 16489
Fort Worth, TX 76162

Crown Shredding, LLC
P.O. Box 971
Winter Haven, FL 33882

CTEC Holding Co., LLC
7701 Independence Ave.
Kansas City, MO 64125

Dannemiller Diversified Companies, Inc.
c/o Jason Marsden, CPA
4150 Belden Village St., NW, #108
Canton, OH 44718

Day Metal Products
P.O. Box 176
Brooksville, FL 34605

AKENERGY

Dell Business Credit
P.O. Box 5275
Carol Stream, IL 60197-5275

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197

Dex Imaging, Inc.
P.O. Box 17299
Clearwater, FL 33762-0299

Drivers Alert
P.O. Box 50079
Pompano Beach, FL 33074-0079

E-Conolight, LLC
1501 96th St.
Sturtevant, WI 53177

Ean Services, LLC
P.O. Box 402383
Atlanta, GA 30384-2383

Electraled, Inc.
12722 62nd St. N., #200
Largo, FL 33773

Envirobrite
P.O. Box 864278
Orlando, FL 32886

Federal Express Corp.
P.O. Box 660481
Dallas, TX 75266-0481

Florida Medical Clinic, P.A.
38135 Market sq.
Zephyrhills, FL 33542-7502

Ford Credit Co.
P.O. Box 650575
Dallas, TX 75265-0575

Gardner Manufacturing Co.
P.O. Box 147
Horicon, WI 53032-0147

AKENERGY

General Supply & Services, Inc.
GexPro
400 Technology Court SE, Suite R
Smyrna, GA 30082

Ginny Lane
16044 U.S. Hwy. 301 N.
Dade City, FL 33523

Global Equipment Co., Inc.
29833 Network Place
Chicago, IL 60673-1298

Global Financial Services
P.O. Box 856460
Louisville, KY 40285-5460

Greg Crew
6906 Bramble Bush Court
Zephyrhills, FL 33541

Gripple, Inc.
1611 Emily Lane
Aurora, IL 60502

H&E Equipment Services, Inc.
P.O. Box 849850
Dallas, TX 75284

Hanover Insurance Group, The
P.O. Box 580045
Charlotte, NC 28258-0045

Industrial Parts and Service Co., Inc.
6440 Promler NW
North Canton, OH 44720

Interstate All Battery Center
P.O. Box 2673
Eaton Park, FL 33840

JKH Properties
P.O. Box 1235
Cornelius, NC 28031

John Vazquez Co.
16050 N. Hwy. 301

AKENERGY
Dade City, FL 33523

K&K Glass, Inc. Dade City
5938 7th St.
Zephyrhills, FL 33542

Theresa Knowles
c/o David J. Plante, Esq.
806 N. Armenia Ave.
Tampa, FL 33609

L&W Supply Corp.
P.O. Box 281937
Atlanta, GA 30384-1937

Lawrence Auto Center, LLC
2205 Riverside Pkwy.
Lawrenceville, GA 30043

Leaf Capital Funding, LLC
2005 Market St., 14th Floor
Philadelphia, PA 19103

Lectric Wholesale Distributors
P.O. Box 810
Penngrove, CA 94951

Life Storage Solutions, LLC
Warehouse Anywhere
6467 Main St.
Buffalo, NY 14221

Lighting Plastics of Florida
2140 Range Rd., Suite A
Clearwater, FL 33765

Lighting Resources, Inc,.
1919 Williams St., #350
Simi Valley, CA 93065

Edward Mariani
P.O. Box 1135
Dade City, FL 33526

Mayer Electric Supply Company
3405 4th Avenue S.
Birmingham, AL 35222

AKENERGY

Medcom
P.O. Box 830270
Birmingham, AL 35283-0270

Mobile Mini
4646 E. Van Buren St., #400
Phoenix, AZ 85008

Nesco
P.O. Box 55008
Boston, MA 02205-5008

NetworkFleet, Inc.
P.O. Box 975544
Dallas, TX 75397-5544

Nexterus, Inc.
P.O. Box 643508
Pittsburgh, PA 15264-3508

Nicole Mariani Noel
and Marc Mariani
7831 10th Ave. S.
Saint Petersburg, FL 33707

Performance Automotive
16100 U.S. Hwy. 301, N.
Dade City, FL 33523

Pitney Bowes Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

PNC Bank, N.A.
249 Fifth Ave.
Pittsburgh, PA 15222

PNC Equipment Finance, Inc.
995 Dalton Ave.
Cincinnati, OH 45203

Providence at Zephyr Ridge
35940 Inspiration Dr.
Zephyrhills, FL 33541

Putnam Properties
4065 Fulton Dr. NW
Canton, OH 44718

AKENERGY

Ring Power (CAT)
P.O. Box 935004
Atlanta, GA 31193-5004

Safe Workplace, Inc.
P.O. Box 7705
Wesley Chapel, FL 33545

Safelite Auto Glass
P.O. Box 633197
Cincinnati, OH 45263-3197

Scott Powerline & Utility Equipment
P.O. Box 4008
Monroe, LA 71203

Seemart, Inc.
dba Revolution Lighting Technologies
177 Broad St.
Stamford, CT 06901

Septronics International of Florida, Inc
Extreme Truck and Van Equipment
5835 Trouble Creek Rd.
New Port Richey, FL 34652

Shaneen & Company
3625 Cumberland Blvd., #250
Atlanta, GA 30339

Staples Business Advantage
P.O. Box 405386
Atlanta, GA 30384-5386

Structural Concepts
Dept. 077500
P.O. Box 77000
Detroit, MI 48277-0500

Sunbelt Rentals
P.O. Box 410968
Harrison, TN 37341

Symmetric Engineering Group
12900 Dupont Circle
Tampa, FL 33626

AKENERGY

TCB Field Service and Repair
4392 J.F. Harris Pkwy. NW
Adairsville, GA 30103-5838

Topsource, Inc.
c/o Topco Associates, LLC
P.O. Box 96002
Chicago, IL 60693-6002

Uline Shipping Supply
P.O. Box 88741
Chicago, IL 60680-1741

Unifirst Corporation
6010 E. Adamo Dr.
Tampa, FL 33619

United Parcel Service
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

United Rentals (North America), Inc.
P.O. Box 100711
Atlanta, GA 30384-0711

Universal Background Screening, Inc.
P.O. Box 5920
Scottsdale, AZ 85261

Waller & Scharber, P.A.
P.O. Box 1668
Dade City, FL 33526

Waste Management of Ohio
P.O. Box 4648
Carol Stream, IL 60197-4648

Wells Fargo Bank, N.A.
300 Tri-State International, #400
Lincolnshire, IL 60069

Western Equipment Finance, Inc.
P.O. Box 640
Devils Lake, ND 58301

World Electric Supply
1913 U.S. Hw. 301, N., #140
Tampa, FL 33619