UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                          Chapter 11

A & K ENERGY CONSERVATION, INC.,        Case No. 8:17-bk-003318-CPM

    Debtor.
_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2017, telephonic notice of the *Preliminary Hearing Scheduled for May 3, 2017 at 9:30 a.m. (Doc. No. 72)* for consideration of the Debtor's Emergency Motion for Authorization to Enter into Secured Business Charge Account Agreement with Universal FleetCard (Doc. No. 69) was provided to the parties in interest listed on the attached matrix.

Dated: May 2, 2017.

*/s/ Amy Denton Harris*
Amy Denton Harris
Florida Bar No. 0634506
Mark Robens
Florida Bar No. 108910
Stichter, Riedel, Blain & Postler, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Email:  aharris@srbp.com;
mrobens@srbp.com
Attorneys for Debtor

Amerisure Insurance
P.O. Box 2060
Farmington, MI 48333-2060
312-461-4335

Dannemiller Diversified Companies, Inc.
c/o Jason Marsden, CPA
4150 Belden Village St., NW, #108
Canton, OH 44718
614-440-8500

Buist Electric, Inc.
8650 Byron Center Ave., S.W.
Byron Center, MI 49315
616-818-3315

Drivers Alert
P.O. Box 50079
Pompano Beach, FL 33074-0079
561-417-1458

Envirobrite | Energy Planning Assoc Corp
c/o Bruce Stafford
148 Mariner Drive
Sanford, FL 32771
407-302-0001

Gardner Manufacturing Co.
P.O. Box 147
Horicon, WI 53032-0147
888-558-1990

The Hanover Insurance Group
P.O. Box 580045
Charlotte, NC 28258-0045
704-919-2640

Interstate All Battery Center
P.O. Box 2673
Eaton Park, FL 33840
863-666-8787

Lighting Plastics of Florida
2140 Range Rd., Suite A
Clearwater, FL 33765
727-441-9587

Lighting Resources, Inc,.
1919 Williams St., #350
Simi Valley, CA 93065
805-624-3050

Nesco
c/o Needham Electric Supply
Attn: Kathleen Trask
5 Shawmut Rd.
Canton, MA 02021-1408
781-737-1031

NetworkFleet, Inc.
P.O. Box 975544
Dallas, TX 75397-5544
800-825-4850

Scott Powerline & Utility Equipment
P.O. Box 4008
Monroe, LA 71203
877-388-9269

Septronics International of Florida, Inc
Extreme Truck and Van Equipment
5835 Trouble Creek Rd.
New Port Richey, FL 34652
727-842-9100

Symmetric Engineering Group
12900 Dupont Circle
Tampa, FL 33626
727-417-1119

Topsource, Inc.
c/o Topco Associates, LLC
Attn: Kathy Hartnett
150 NW Point Blvd.
Elk Grove Village, IL 60007-10156
847-329-3442

United Rentals (North America), Inc.
P.O. Box 100711
Atlanta, GA 30384-0711
704-916-4141

World Electric Supply
1913 U.S. Hw. 301, N., #140
Tampa, FL 33619
813-774-7473