UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Chapter 11

A & K ENERGY CONSERVATION, INC.,                    Case No. 8:17-bk-3318-CPM

   Debtor.

            /

**NOTICE OF CHANGE OF ADDRESS OF
CREDITOR AND AMENDED CERTIFICATE OF SERVICE**

A & K ENERGY CONSERVATION, INC. (the "**Debtor**"), by and through its undersigned attorneys, hereby gives notice that the undersigned has been informed of the change of address of the following creditor; that notice is being furnished to the new address for the creditor; and that all future notices should be forwarded to said creditor as follows:

| Former Address | New Address |
|---|---|
| Sunbelt Rentals<br>P.O. Box 410968<br>Harrison, TN 37341 | Sunbelt Rentals<br>Attn: Barbara Heim<br>2341 Deerfield Dr.<br>Fort Mill, SC 29715 |

Debtor, through its attorneys, requests that the Clerk correct the mailing matrix by deleting the former address and inserting the new address in its place.

Dated: May 3, 2017

/s/ Amy Denton Harris
Scott A. Stichter
Florida Bar No. 0710679
Amy Denton Harris
Florida Bar No. 634506
Stichter Riedel Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida    33602
Telephone:  (813) 229-0144
Facsimile:   (813) 229-1811
Emails: sstichter@srbp.com; aharris@srbp.com
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of May, 2017, true and correct copies of the *Notice of Change of Address of Creditor and Amended Certificate of Service* were furnished by CM/ECF to the Office of the United States Trustee and true and correct copies of foregoing and the *Notice of Rescheduled Meeting of Creditors [Doc. No. 27]* were furnished by U.S. MAIL on the 3rd day of May, 2016, to: Sunbelt Rentals, Attn: Barbara Heim, 2341 Deerfield Dr., Fort Mill, SC 29715.

/s/ Amy Denton Harris
Amy Denton Harris
Florida Bar No. 0634506